In the Matter of the Dependency of Leslie
Finch, a Minor.
People of the State of Illinois and Mary Baldwin, Peti-
tioners-Plaintiffs in Error, v. Judith Finch, De-
fendant-Plaintiff in Error, and Jasper S. Gullo,
Defendant-Defendant in Error.

Gen. No. 10,408.

Third District.
March 11, 1963.

Raymond
L. Terrell, State's Attorney, of Springfield (Richard A. Hollis,
Assistant State's Attorney, of counsel), William T. Downing, of
Decatur, and J. Calvin Bostian, of Springfield, for plaintiffs in
error; Garman, Greanias & Owen, of Decatur, for defendant in
error. Opinion by JUSTICE ROETH. Not to be published in full.